UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAJA TALLURI AND GAYATHRI TALLURI | * | CIVIL ACTION NO. 2:23-CV-00377 |
| *Plaintiffs* | * | SECTION: ("I") (3) |
| VERSUS | * | JUDGE LANCE M. AFRICK |
| AIG PROPERTY CASUALTY COMPANY *Defendant* | * | MAGISTRATE JUDGE EVA J. DOSSIER |
| | * | **JURY DEMAND** |

*********************************************************************

## AIG PROPERTY CASUALTY COMPANY'S THEORY OF THE CASE

Now into Court, through undersigned counsel, comes AIG Property Casualty Company ("AIGPCC" or Defendant) who submits the following one-paragraph synopsis of its theory of the case pursuant to this Court's Order. (Rec. Doc. 60).

After Hurricane Ida, Plaintiffs made a claim under their insurance policy for damage to their house located on Nicholls Dr. in Thibodeaux. AIG Property Casualty Company paid Plaintiffs for all damage to their house caused by the hurricane. AIGPCC does not owe them any more for damage. In this case, Plaintiffs claim they are entitled to more money as a 50% penalty for some payments they claim came too late, that is half of the amount already paid under the policy. AIGPCC is not liable for any additional amounts as a penalty because it addressed Plaintiffs' claim in good faith. AIGPCC reasonably relied on the investigation and conclusions of its experts to determine what damage was caused by the hurricane and was covered, therefore, under the insurance policy. AIGPCC also invoked an appraisal process allowed by the policy to work through differences between its experts and Plaintiffs' experts. AIGPCC then paid the appraisal amount (even though it was arguably too high). Ultimately, Plaintiffs only spent a fraction of the

2

amount AIGPCC paid them to make repairs to their house, confirming that the amount AIGPCC paid was more than adequate. All payments were made within a reasonable amount of time and in full compliance with La. R.S. § 22:1892. AIGPCC paid all amounts recommended by its experts and consultants within 30 days of receipt of all information needed to support the payments. Because the payments were timely made after reasonable investigation, AIGPCC's actions were not arbitrary, capricious, or without probable cause. AIGPCC is not liable for a 50% penalty under the statute at issue.

Respectfully submitted,

*/s/ Leigh Ann Schell*
Martin A. Stern (#17154)
Leigh Ann Schell (#19811)
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70l39
Telephone: (504) 58l-3234
Facsimile: (504)566-0210
martin.stern@arlaw.com
leighann.schell@arlaw.com

*And*

Robert I. Siegel (#12063)
John E. W. Baay (#22928)
GIEGER, LABORDE & LAPEROUSE, LLC
W701 Poydras Street, Suite 4800
New Orleans, LA 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
rsiegel@glllaw.com
jbaay@glllaw.com

*Counsel for AIG Property Casualty Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via the CM/ECF system this 24th day of May, 2024.

3

4

*/s/ Leigh Ann Schell*
LEIGH ANN SCHELL