UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAJA TALLURI, ET AL. | CIVIL ACTION |
| VERSUS | No. 23-377 |
| AIG PROPERTY CASUALTY COMPANY | SECTION I |

## JUDGMENT

Based upon the law, the record, and the verdict of the jury,[1]

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be final judgment in favor of defendant AIG Property Casualty Company ("defendant") and against plaintiffs Raja Talluri and Gayathri Talluri (collectively, "plaintiffs"). All of plaintiffs' claims against defendant are **DISMISSED WITH PREJUDICE**, at plaintiffs' cost.

New Orleans, Louisiana, October 24, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 122.